## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**SAMUEL & STEIN**
David Stein (DS 2119)
1441 Broadway, Suite 6085
New York, New York 10018
(212) 563-9884

Attorneys for Defendant

| | |
|---|---|
| Frankie Monegro, on behalf of himself and all others similarly situated, | |
| Plaintiff, | DOCKET NO. 21-cv-3093 (GBD)(SN) |
| - vs. – | |
| I-Blades, Inc., | **NOTICE OF MOTION** |
| Defendant. | |

PLEASE TAKE NOTICE that based upon the enclosed memorandum of law and declaration, as well as such further pleadings and documents as may be filed and oral arguments as the Court may permit or require, defendant will move this Court pursuant to Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6) to bring the attached Motion to Dismiss the complaint, on for hearing at such time and date as the Court may determine.

Dated: June 11, 2021

Respectfully submitted,

_____
David Stein (DS 2119)
SAMUEL & STEIN
1441 Broadway, Suite 6085
New York, New York 10018
(212) 563-9884

Attorneys for Defendant