UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
FRANKIE MONEGRO,

                   Plaintiff,

    -against-

I-BLADES, INC.,

                 Defendant.

------------------------------------- x

ORDER

21 Civ. 3093 (GBD)

GEORGE B. DANIELS, United States District Judge:

The initial conference is adjourned from July 14, 2021 until July 21, 2021 at 9:30 a.m.

Dated: New York, New York
       July 6, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE