UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
FRANKIE MONEGRO,

       Plaintiff,

   -against-

I-BLADES, INC.,

       Defendant.
------------------------------------- x

ORDER

21 Civ. 03093 (GBD)

GEORGE B. DANIELS, United States District Judge:

  In light of Plaintiff's filing of the First Amended Complaint, (ECF No. 14), and Defendant's filing of an Answer, (ECF No, 22), Defendant's Motion to Dismiss the Complaint, (ECF No. 11), is denied as moot. The Clerk's Office is ordered to close the motion at ECF No. 11 accordingly.

Dated: New York, New York
   October __, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge