UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x

FRANKIE MONEGRO,

                              Plaintiff,

        -against-

I-BLADES, INC.,

                             Defendant.

------------------------------------------x

ORDER

21 Civ. 3093 (GBD) (SN)

GEORGE B. DANIELS, United States District Judge:

In light of this Court's referral to Magistrate Judge Netburn for General Pretrial, all conferences previously scheduled before Judge Daniels are cancelled and all deadlines are adjourned *sine die*.

Dated: February 7, 2022

SO ORDERED.

*George B. Daniels*
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
FRANKIE MONEGRO,

                      Plaintiff,

      -against-

I-BLADES, INC.,

                      Defendant.
------------------------------------- x

ORDER

21 Civ. 3093 (GBD) (SN)

GEORGE B. DANIELS, United States District Judge:

In light of this Court's referral to Magistrate Judge Netburn for General Pretrial, all conferences previously scheduled before Judge Daniels are cancelled and all deadlines are adjourned *sine die.*

Dated: February 7, 2022

SO ORDERED.

*George B. Daniels*
United States District Judge