```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/15/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FRANKIE MONEGRO,

                                Plaintiff,                      21-CV-03093 (GBD)(SN)

       -against-                                       **ORDER**

I-BLADES, INC.,

                                Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        By March 25, 2022, the parties shall file a joint letter on the status of discovery with the Court. The letter shall identify and propose deadlines for any outstanding discovery and detail any remaining discovery disputes.

**SO ORDERED.**

                                                                       _____
                                                                   SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:       New York, New York
                  March 15, 2022