UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**FRANKIE MONEGRO,**

                              **Plaintiff,**                    21-CV-03093 (GBD)(SN)

   -against-                                                            **ORDER**

**I-BLADES, INC.,**

                              **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       In light of Plaintiff's letter to the Court (ECF No. 31), a conference is scheduled for Monday, April 4, 2022, at 11:30 a.m. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

                                                                    _____
                                                                    SARAH NETBURN
                                                                    United States Magistrate Judge

DATED:     New York, New York
                March 28, 2022