UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

FRANKIE MONEGRO,

                          Plaintiff,

      -against-

I-BLADES, INC.,

                          Defendant.

------------------------------------------------------------X

21-CV-03093 (GBD)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/5/2022

**SARAH NETBURN, United States Magistrate Judge:**

        On Monday, April 4, 2022, a conference was held to discuss the Plaintiff's March 25, 2022, status letter regarding discovery. ECF Nos. 31 & 32. Defendant is ORDERED to produce responsive discovery by no later than April 11, 2022. If Defendant fails to do so, Plaintiff may make an application for sanctions, including attorney's fees. The parties shall file a letter on the status of discovery with the Court by no later than April 18, 2022. The letter shall propose a deadline for the close of fact discovery.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
              April 5, 2022