UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FRANKIE MONEGRO,

                              **Plaintiff,**                           21-CV-03093 (GBD)(SN)

        -against-                                                  **ORDER**

I-BLADES, INC.,

                              **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On April 5, 2022, the Court ordered the parties to file a letter on the status of discovery by no later than April 18, 2022. As of the issuance of this order, the parties have not yet filed the letter. The parties shall file the letter, including a proposed deadline for the close of fact discovery, by no later than April 25, 2022.

**SO ORDERED.**

                                                            _____
                                                             SARAH NETBURN
                                                             United States Magistrate Judge

DATED:      New York, New York
                 April 22, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/22/2022