```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/4/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FRANKIE MONEGRO,

                              Plaintiff,                    21-CV-03093 (GBD)(SN)

          -against-                                         **ORDER**

I-BLADES, INC.,

                              Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On July 6, 2021, the Court set a deadline to complete discovery of December 1, 2021. See ECF No. 17. That deadline has never been officially extended but the Plaintiff has raised Defendant's non-compliance with the Court on several occasions since the close of discovery. See ECF Nos. 24, 28, 31, 35. On at least four occasions, the Court has ordered the parties to propose a reasonable deadline to complete discovery. See ECF Nos. 30, 33, 34, 36. To date, the parties have failed to propose any deadline to complete discovery. Having reviewed the complaint, and in light of the Civil Case Management Plan and Schedule, all discovery shall be completed by May 20, 2022. Any party that wishes to file a motion for summary judgment must do so by June 13, 2022. Answering papers are to be served within 14 days. Reply papers are to be served within seven days.

**SO ORDERED.**

                                                      _____
                                                      SARAH NETBURN
                                                      United States Magistrate Judge

DATED:     New York, New York
                May 4, 2022