UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FRANKIE MONEGRO,

                                    Plaintiff,                            21-CV-03093 (GBD)(SN)

           -against-                                               **ORDER**

I-BLADES, INC.,

                                    Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On June 28, 2022, the Court ordered Defendant to file its Motion for Summary Judgment by no later than July 8, 2022. While Defendant filed its motion on July 8, it did not file its Rule 56.1 Statement and Memorandum of Law until 10 days later on July 18, 2022. Defendant's failure to file all supporting documents on July 8 violates the spirit, if not the letter, of the Court's order. To avoid prejudice to Plaintiff, the Court *sua sponte* grants him an extension of time to file his opposition to Defendant's Motion. Plaintiff shall file his opposition by no later than August 1, 2022. Defendant's reply, if any, shall be filed by August 8, 2022. No further extensions will be granted.

**SO ORDERED.**

                                                                      _____
                                                                     SARAH NETBURN
                                                                       United States Magistrate Judge

DATED:       New York, New York
                  July 19, 2022