UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FRANKIE MONEGRO,

                          Plaintiff,

      -against-

I-BLADES, INC.,

                          Defendant.

-----------------------------------------------------------------X

21-CV-03093 (GBD)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/13/2022

**SARAH NETBURN, United States Magistrate Judge:**

        On August 12, 2022, the Court granted Plaintiff's request for an extension of time to respond to Defendant's Motion for Summary Judgment. ECF No. 48. Plaintiff was ordered to file his opposition by no later than August 26, 2022, and Defendant was ordered to reply by no later than September 2, 2022. Although Plaintiff filed his opposition on August 26, 2022, as of the issuance of this order, Defendant has not replied. Defendant shall file its reply by no later than September 16, 2022, or the Court will consider the matter fully briefed.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
               September 13, 2022