UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

FRANKIE MONEGRO, *on behalf of himself and all others similarly situated,*

                      Plaintiff,

-against-

I-BLADES, Inc.,

                      Defendant.
------------------------------------ X

ORDER

21 Civ. 3093 (GBD)

GEORGE B. DANIELS, District Judge:

    This Court will hear oral argument on Defendant's Motion for Summary Judgment, (ECF No. 40), on November 16, 2022 at 10:30 a.m. Unless otherwise ordered, the argument will proceed in person.

Dated: October 11, 2022
        New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE