UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FRANKIE MONEGRO,

                              Plaintiff,

           -against-

I-BLADES, INC.,

                              Defendant.

-----------------------------------------------------------------X

21-CV-03093 (GBD)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/2023

**SARAH NETBURN, United States Magistrate Judge**:

On Tuesday, February 8, 2022, the Honorable George B. Daniels assigned this matter to my docket for general pretrial supervision. In light of Judge Daniel's recent order granting Defendant's motion to preclude Plaintiff's recovery of civil penalties or punitive damages and otherwise denying Defendant's motion for summary judgment, the parties are directed to contact Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov, with three mutually convenient dates to schedule a settlement conference for a time when they believe it would be productive.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    April 10, 2023
               New York, New York