UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FRANKIE MONEGRO,

                        **Plaintiff,**              21-CV-03093 (GBD)(SN)

    -against-                                   **ORDER**

I-BLADES, INC.,

                        **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On March 14, 2023, the Honorable George B. Daniels granted Defendant's motion to preclude Plaintiff's recovery of civil penalties or punitive damages and otherwise denied Defendant's motion for summary judgment. Accordingly, the parties are ORDERED to submit a letter informing the Court on the parties' views on next steps in this case. The parties shall file this letter no later than September 8, 2023.

**SO ORDERED.**

                                                                 SARAH NETBURN
                                                                 United States Magistrate Judge

DATED:     September 1, 2023
                   New York, New York

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: _____ / DATE FILED: 9/1/2023]